WILLIAM VEDOVATO, INC., Respondent, v. THOMAS BORGIA and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JULIUS ORTMAN, Respondent, v. BENJAMIN FEINGOLD, Doing Business under the Firm Name and Style of COMMONWEALTH Co., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinon. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ÆTNA LIFE INSURANCE COMPANY, Appellant, v. BROOKLYN UNION COAL Co., INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

B. WHEELER DYER, Respondent, v. ARTHUR H. LAMBORN and Others, Appellants.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EMANUEL J. ABELES, Appellant, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LIMITED, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Proving the Last Will and Testament of ALICE L. ROSE, Deceased.— Order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [138 Misc. 630.]

CONSOLIDATED EXPANDED METAL COMPANIES, Respondent, v. DREIER IRON WORKS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL UNION TRUST COMPANY OF NEW YORK and HENRY A. MURRAY, as Executors and Trustees, etc., of SAMUEL D. BABCOCK, Deceased, and of WILLIAM P. DIXON, Deceased Executor and Trustee, etc., by WILLIAM H. DIXON and Another, His Executors.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN WANAMAKER, NEW YORK, Respondent, v. GEORGE F. ARMSTRONG, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERTINA REALTY COMPANY, Respondent, v. ROSBRO REALTY CORPORATION, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EUGENIE BARTSCH, Respondent, v. GEORGE COOPER, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

INDEPENDENCE REALTY CORPORATION, a Domestic Corporation, Respondent, v. GEORGE B. DEMMS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AMERICAN EXCHANGE IRVING TRUST COMPANY, as Corporate Trustee, and